FILED
July 19, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR JAVIER DOMINGUEZ,<br><br>Defendant. | § § § § § § § § § § § § § | Case No: EP:23-CR-01380-FM<br><br>**I N D I C T M E N T**<br><br>CT 1:  18 U.S.C. § 554 – Smuggling Goods from the United States.<br><br>*Notice of Government's Demand for Forfeiture* |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(18 U.S.C. § 554)

That beginning on or about June 1, 2023, and continuing until on or about June 26, 2023, within the Western District of Texas, the Defendant,

**HECTOR JAVIER DOMINGUEZ,**

knowingly and unlawfully concealed, bought, facilitated the transportation and concealment of any merchandise, article and object, prior to exportation, knowing the same to be intended for exportation from the United States, contrary to any law or regulation of the United States, to-wit: fourteen thousand, rounds of 7.62 x 39mm ammunition, all in violation of Title 18, United States Code, Section 554.

<u>NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE</u>
[See Fed. R. Crim. 32.2]

**I.**
<u>Smuggling Goods from the United States Violation and Forfeiture Statutes</u>
[Title 18 U.S.C. § 554, subject to forfeiture pursuant to Title 18 U.S.C § 981(a)(1)(C)

**and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violation set forth above, the United States gives notice to Defendant **HECTOR JAVIER DOMINGUEZ** of its intent to seek the forfeiture of the property described below upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state:

> **Title 18 U.S.C. § 981. Civil Forfeiture**
> (a)(1) The following property is subject to forfeiture to the United States:
> * * *
> (C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation . . . of this title or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.
>
> **Title 19 U.S.C. § 1595a. Forfeiture and other penalties**
> * **
> **(d) Merchandise exported contrary to law**
> Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

Title 18 U.S.C. § 554 Smuggling Goods from the United States is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

The Notice of Demand of Forfeiture includes but is not limited to the properties described in Paragraph II.

3

## II.
## Properties

1. Fourteen thousand rounds of 7.62 x 39mm ammunition; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL.

███████████████████████████
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNTED STATES ATTORNEY

BY: *José Luis González*
Assistant U.S. Attorney